**UNITED STATES of America,**
**Appellee,**

v.

**Demond Bernard McDANIELS,**
**Appellant.**

No. 06–2738.

United States Court of Appeals,
Eighth Circuit.

Submitted: Sept. 28, 2007.

Filed: Oct. 4, 2007.

Dean Robert Hoag, U.S. Attorney's Office, St. Louis, MO, for Appellee.

Joann Trog, St. Louis, MO, for Appellant.

Demond Bernard McDaniels, Raleigh, MO, pro se.

Before MURPHY, SMITH, and SHEPHERD, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Demond Bernard McDaniels appeals the 120–month prison sentence that the district court[1] imposed after he pleaded guilty to possessing with intent to distribute more than 50 grams of cocaine base, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(iii). On appeal, McDaniels has filed a motion for appointment of counsel; his counsel has filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), in which she seeks leave to withdraw.

After reviewing the record independently under *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), and finding no non-frivolous issues, we affirm the judgment of the district court and grant counsel's motion to withdraw on condition that counsel inform appellant about the procedures for filing petitions for rehearing and for certiorari. We also deny McDaniels's motion for appointment of counsel.

---

1. The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.